UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBIN REVA,  ) | |
| ) | Case No.:  1:16-cv-01011-PLM-PJG |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Honorable Paul L. Maloney |
| ) | |
| NATIONWIDE COLLECTION AGENCIES, INC. ) | |
| d/b/a MONEY RECOVERY NATIONWIDE,  ) | |
| ) | |
| Defendant.  ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ROBIN REVA, and Defendant, NATIONWIDE COLLECTION AGENCIES, INC. d/b/a MONEY RECOVERY NATIONWIDE, by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

By:   /s/ David B. Levin
     Attorney for Plaintiff
     Law Offices of Todd M. Friedman P.C.
     111 West Jackson, Suite 1700
     Chicago, IL 60604
     Phone: (312) 212-4355
     Fax: (866) 633-0228
     dlevin@toddflaw.com

By:   /s/ Charity A. Olson
     Attorney for Defendant
     Olson Law Group
     2723 South State, Suite 150
     Ann Arbor, MI 48104
     Phone: (734) 222-5179
     Fax: (866) 941-8712
     colson@olsonlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                    /s/ David B. Levin
                                    Attorney for Plaintiff